ntc3004 (10/12)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

    Jamie Lynne McCrea                                  Bankruptcy Proceeding No. 24–80810–BSK
                                                                              Chapter 13

    Debtor(s)

### *NOTICE*

    In accordance with Fed. R. Bankr. P. 3004, if a creditor does not timely file a proof of claim under Rule 3002 (c) or 3003 (c), the debtor or trustee may file a proof of claim within 30 days after the expiration of the time for filing claims prescribed by Rule 3002 (c) or 3003 (c), whichever is applicable. The clerk shall forthwith give notice of the filing to the creditor, the debtor and the trustee.

    Notice is provided to the creditor, the debtor and the trustee of the proof of claim filed by the debtor on behalf of creditor. The correct address of the claimant to which all notices shall be mailed, to the best of the clerk's knowledge, is stated below:

APG Financial/Makosian Taylosville                          Claim No. 7
Attn: Bankruptcy
4238 S. Redwood Rd
Salt Lake City, UT 84123

                                                                      BY THE COURT:

                                                                      Eva Roeber
                                                                      Clerk, U.S. Bankruptcy Court

Certificate of Service

The notice of proof of claim filing was served electronically or by U.S. mail to the addresses listed below on January 10, 2025

Creditor
Debtor or Debtor's Attorney
Trustee