UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In the Matter of:                                  Case No. 24-80810

JAMIE LYNN MCCREA,                                 Chapter 13
        Debtor.

### MOTION TO ALLOW CLAIM OUT OF TIME ON BEHALF OF APG FINANCIAL / MAKOSIAN TAYLOSVILLE

COMES NOW the debtor, by and through her below signed attorney of record, and hereby states and alleges as follows:

1. Debtor filed a Chapter 13 Bankruptcy on September 13, 2024.

2. The debtor filed her chapter 13 plan on September 20, 2024. The Plan is not confirmed.

3. The creditor, APG Financial/ Makosian Taylosville was listed in the debtor's bankruptcy schedules. The deadline to file proof of claim was on November 22, 2024.

4. APG Financial/Makosian Taylosville (hereinafter "Creditor") failed to timely file a claim. The debtor's attorney filed a claim on December 20, 2024.

5. A copy of the proposed Proof of Claim of Creditor is attached hereto.

6. The proposed claim is a lease the debtor wants to assume and pay through her Chapter 13 plan.

7. In order that the debtor may receive full benefit from her Chapter 13 Plan it is appropriate that the Court allow this proof of claim.

WHEREFORE, debtor prays that the Court permit Creditor to file a proof of claim out of time, and for such other and further relief as the Court deems just and equitable.

                                        Jamie McCrea,
                                        Debtor.

By:   */s/ Christopher J. Gamm*
Christopher J. Gamm
GAMM LEGAL SERVICES, LLC
Attorneys at Law
11550 West Dodge Road
Omaha, NE  68154
402.512.4266

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In the Matter of:                                  Case No. 24-80810

JAMIE LYNN MCCREA,                                 Chapter 13
         Debtor.

**NOTICE SETTING RESISTANCE DEADLINE**

PURSUANT TO Neb.R.Bankr.P.9013, you are notified as follows:

1. Christopher J. Gamm, attorney for the above captioned debtor, has filed a MOTION TO ALLOW CLAIM OUT OF TIME.

2. The last day to file a resistance to the Motion is January 29, 2025. Resistance must be served to the Court and on Debtor's counsel.

3. If the resistance period expires without the filing of same, the Court will consider entering an order granting the relief sought without further notice or hearing.

Dated: January 15, 2025

                                        Jamie McCrea,
                                        Debtor.

                                    By: */s/ Christopher J. Gamm*
                                        Christopher J. Gamm
                                        GAMM LEGAL SERVICES, LLC
                                        Attorneys at Law
                                        11550 West Dodge Road
                                        Omaha, NE  68154
                                        402.512.4266

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2025, the Motion to Allow Claim Out Of Time and Notice was filed with the Clerk of the Bankruptcy Court using the CM/ ECF system, which provided service to Erin M. McCartney the Chapter 13 Trustee and Jerry Jensen, the US Attorney. I further certify that on the same date, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, to the parties on the current court matrix, a copy of which is attached.

                                        */s/ Christopher J. Gamm*
                                        Christopher J. Gamm

**Fill in this information to identify the case:**

Debtor 1  Jamie McCrea
Debtor 2
(Spouse, if filing)
United States Bankruptcy Court  **District of Nebraska**
Case number: **24–80810**

FILED
**U.S. Bankruptcy Court**
**District of Nebraska**
12/20/2024
**Eva Roeber, Clerk**

## Official Form 410
## Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
APG Financial/Makosian Taylosville
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
APG Financial/Makosian Taylosville
Name
Attn: Bankruptcy
4238 S. Redwood Rd
Salt Lake City, UT 84123

Contact phone  8018861555
Contact email  apg@Makosianauto.com

Where should payments to the creditor be sent? (if different)
APG Financial
Name
PO Box 572040

Murray, UT 84157

Contact phone  8018861555
Contact email  apg@Makosianauto.com

Uniform claim identifier (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410  Proof of Claim  page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 0048 |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $ 20437.42 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as healthcare information.

   Lease of Car

9. **Is all or part of the claim secured?**

   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe:
   
   **Basis for perfection:**
   
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   **Value of property:** $
   
   **Amount of the claim that is secured:** $
   
   **Amount of the claim that is unsecured:** $   (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   **Amount necessary to cure any default as of the date of the petition:** $
   
   **Annual Interest Rate** (when case was filed)   %
   
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**

    ☐ No
    ☑ Yes. **Amount necessary to cure any default as of the date of the petition.** $

11. **Is this claim subject to a right of setoff?**

    ☑ No
    ☐ Yes. Identify the property:

Official Form 410                                      Proof of Claim                                                page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply*: | | **Amount entitled to priority** |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☒ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/20/2024
MM / DD / YYYY

/s/ Chris Gamm

Signature

Print the name of the person who is completing and signing this claim:

Name  Chris Gamm
First name   Middle name   Last name

Title

Company  Gamm Legal Service, LLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address  11550 West Dodge Road
Number  Street
Omaha, NE 68154
City   State   ZIP Code

Contact phone  402–512–4266   Email  chris@gammlaw.us

Official Form 410         Proof of Claim         page 3

```
Label Matrix for local noticing         Jamie Lynne McCrea                      APG Financial/Makosian Taylosville
0867-8                                   4519 Izard Street Apt 3                 Attn: Bankruptcy
Case 24-80810-BSK                        Omaha, NE 68132-2337                    4238 S. Redwood Rd
District of Nebraska                                                             Salt Lake City, UT 84123-2220
Omaha Office
Wed Jan 15 12:22:52 CST 2025

(p)ACCREDITED COLLECTION SERVICE  INC   Americab Education Services             Douglas County Attorney
PO BOX 27238                             Attn: Bankruptcy                        1819 Farnam St
OMAHA NE 68127-0238                      Po Box 2461                             Civic Center, Ste 909
                                         Harrisburg, PA 17105-2461               Omaha, NE 68183-1000


Douglas County Treasurer                ECMC                                    EPN of Nebraska LLC
909 Civic Center                         PO Box 16408                            PO Box 1123
1819 Farnam Street                       St Paul, MN 55116-0408                  Minneapolis, MN 55440-1123
Omaha, NE 68183-1000


(p)HUNTINGTON NATIONAL MANAGEMENT LLC   Internal Revenue Service                Mountain Land Collections, Inc.
ATTN STANLEY KUBIAK                      PO Box 7346                             Attn: Bankruptcy
PO BOX 1158                              Philadelphia, PA 19101-7346             Po Box 1280
HAMBURG NY 14075-9158                                                            American Fork, UT 84003-6280


(p)NEBRASKA DEPARTMENT OF REVENUE       (p)NEBRASKA MEDICINE                    U.S. Department of Education
ATTN ATTENTION BANKRUPTCY UNIT           ATTN PATIENT FINANCIAL SERVICES         Ecmc/Attn: Bankruptcy
PO BOX 94818                             988140 NEBRASKA MEDICAL CENTER          P.O. Box 16408
LINCOLN NE 68509-4818                    OMAHA NE 68198-8140                     Saint Paul, MN 55116-0408


US Department of Education
PO Box 16448
Saint Paul MN 55116-0448
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Accredited Collection Service, Inc.     Huntington National Management LLC      Nebraska Department of Revenue
PO Box 27238                             PO Box 1158                             Attn: Bankruptcy Unit
Omaha, NE 68127-0238                     Hamburg, NY 14075                       PO Box 94818
                                                                                 Lincoln, NE 68509-4818


Nebraska Medicine
Patient Financial Services
988140 Nebraska Medical Center
Omaha, NE 68198-8140
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Transworld Systems inc.

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16