ocnfpln (04/23)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

       Jamie Lynne McCrea                             Bankruptcy Proceeding No.  24–80810–BSK
       Debtor(s)                                          Chapter  13

### Order Confirming Chapter 13 Plan

Order Confirming Chapter 13 Plan (RE: related document(s)[9] Chapter 13 Plan filed by Debtor Jamie Lynne McCrea). The plan was properly noticed and served as required by the Local Rules. The plan is confirmed. Christopher J. Gamm, Debtor's Attorney, Fees awarded: $4400.00, Expenses awarded: $300.00; Awarded on 2/21/2025.

Dated:  2/21/25

BY THE COURT:

/s/ Brian S. Kruse
    Judge

Copies served by the court on all parties in interest.