UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In the Matter of:					Case No. 24-80810

JAMIE LYNN MCCREA,					Chapter 13
         Debtor.

**MOTION TO ALLOW CLAIM OUT OF TIME ON BEHALF OF APG FINANCIAL / MAKOSIAN TAYLOSVILLE**

COMES NOW the debtor, by and through her below signed attorney of record, and hereby states and alleges as follows:

1. Debtor filed a Chapter 13 Bankruptcy on September 13, 2024.

2. The debtor filed her chapter 13 plan on September 20, 2024. The Plan is not confirmed.

3. The creditor, APG Financial/ Makosian Taylosville was listed in the debtor's bankruptcy schedules. The deadline to file proof of claim was on November 22, 2024.

4. APG Financial/Makosian Taylosville (hereinafter "Creditor") failed to timely file a claim. The debtor's attorney filed a claim on December 20, 2024 and needs to file an amended claim for this creditor.

5. A copy of the proposed Proof of Claim of Creditor is attached hereto.

6. The proposed claim is a lease the debtor wants to assume and pay through her Chapter 13 plan.

7. In order that the debtor may receive full benefit from her Chapter 13 Plan it is appropriate that the Court allow this proof of claim.

WHEREFORE, debtor prays that the Court permit Creditor to file a proof of claim out of time, and for such other and further relief as the Court deems just and equitable.

					Jamie McCrea,
					Debtor.

By:  */s/ Christopher J. Gamm*
Christopher J. Gamm
GAMM LEGAL SERVICES, LLC
Attorneys at Law
11550 West Dodge Road
Omaha, NE  68154
402.512.4266

```
UNITED STATES BANKRUPTCY COURT
     DISTRICT OF NEBRASKA
```

In the Matter of:                               Case No. 24-80810

JAMIE LYNN MCCREA,                              Chapter 13
        Debtor.

**NOTICE SETTING RESISTANCE DEADLINE**

PURSUANT TO Neb.R.Bankr.P.9013, you are notified as follows:

1. Christopher J. Gamm, attorney for the above captioned debtor, has filed a MOTION TO ALLOW CLAIM OUT OF TIME.

2. The last day to file a resistance to the Motion is March 14, 2025. Resistance must be served to the Court and on Debtor's counsel.

3. If the resistance period expires without the filing of same, the Court will consider entering an order granting the relief sought without further notice or hearing.

Dated: February 21, 2025

                                        Jamie McCrea,
                                        Debtor.

                                By:  */s/ Christopher J. Gamm*
                                     Christopher J. Gamm
                                     GAMM LEGAL SERVICES, LLC
                                     Attorneys at Law
                                     11550 West Dodge Road
                                     Omaha, NE  68154
                                     402.512.4266

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2025 the Motion to Allow Claim Out of Time and Notice was filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which provided service to Erin M. McCartney the Chapter 13 Trustee and Jerry Jensen, the US Attorney. I further certify that on the same date, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, to the parties on the current court matrix, a copy of which is attached.

                                        */s/ Christopher J. Gamm*
                                        Christopher J. Gamm

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-8<br>Case 24-80810-BSK<br>District of Nebraska<br>Omaha Office<br>Fri Feb 21 14:57:16 CST 2025 | Jamie Lynne McCrea<br>4519 Izard Street Apt 3<br>Omaha, NE 68132-2337 | APG Financial/Makosian Taylosville<br>Attn: Bankruptcy<br>4238 S. Redwood Rd<br>Salt Lake City, UT 84123-2220 |
| (p)ACCREDITED COLLECTION SERVICE  INC<br>PO BOX 27238<br>OMAHA NE 68127-0238 | Americab Education Services<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Douglas County Attorney<br>1819 Farnam St<br>Civic Center, Ste 909<br>Omaha, NE 68183-1000 |
| Douglas County Treasurer<br>909 Civic Center<br>1819 Farnam Street<br>Omaha, NE 68183-1000 | ECMC<br>PO Box 16408<br>St Paul, MN 55116-0408 | EPN of Nebraska LLC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| (p)HUNTINGTON NATIONAL MANAGEMENT LLC<br>ATTN STANLEY KUBIAK<br>PO BOX 1158<br>HAMBURG NY 14075-9158 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Mountain Land Collections, Inc.<br>Attn: Bankruptcy<br>Po Box 1280<br>American Fork, UT 84003-6280 |
| (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | (p)NEBRASKA MEDICINE<br>ATTN PATIENT FINANCIAL SERVICES<br>988140 NEBRASKA MEDICAL CENTER<br>OMAHA NE 68198-8140 | U.S. Department of Education<br>Ecmc/Attn: Bankruptcy<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 |
| US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Accredited Collection Service, Inc.<br>PO Box 27238<br>Omaha, NE 68127-0238 | Huntington National Management LLC<br>PO Box 1158<br>Hamburg, NY 14075 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 94818<br>Lincoln, NE 68509-4818 |
| Nebraska Medicine<br>Patient Financial Services<br>988140 Nebraska Medical Center<br>Omaha, NE 68198-8140 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Transworld Systems inc.

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16