UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) BK NO. 24-80810 |
| JAMIE LYNNE MCCREA, | ) Chapter 13 |
| | ) MOTION FOR SANCTIONS |
| DEBTOR. | ) |

COMES NOW Debtor, by and through her attorney and respectfully moves this Court for Sanctions for violation of the Debtor Stay, pursuant to 11 U.S.C. § 1362 and 11 U.S.C. § 1301(a), despite repeated notices of the Bankruptcy, APG Financial/ Makosian Taylosville has violated the automatic stay and has refused to return the property of the Bankruptcy Estate. In support of the motion the Debtor states and alleges as follows:

1. That Jamie Lynne McCrea is a resident of the State of Nebraska and is the debtor in the above captioned case. The bankruptcy was filed on September 13, 2024. The plan was filed on September 20, 2024. The plan had provisions to pay APG Financial.

2. That Debtor leased a 2020 Dodge Journey, on which APG Financial / Makosian Taylosville purportedly holds a secured interest in the property.

3. On or about July 10, 2025, APG Financial repossessed the vehicle, allegedly for non-payment. The Chapter 13 Trustee is paying this claim through the debtor's confirmed plan.

4. During the pendency of this proceeding Debtor's attorney have contacted APG Financial numerous times and notified them of the Debtor's bankruptcy proceeding.

5. Despite demands by the Debtor's attorney, to not repossess the vehicle, to file a proof of claim, to accept plan payments from the Chapter 13 Trustee. Creditor took possession of the vehicle and is wrongful and illegal and is in violation of 11 U.S.C §362 & 542.

6. The vehicle is necessary for the Debtor's effective reorganization.

7. Creditor having being given numerous notices of the Debtor's bankruptcy filing, the debtor requests that the vehicle be returned to her, nevertheless

willfully refuses to Turn over the Vehicle needlessly resulting in the expenditure of judicial resources and litigation.

WHEREFORE Debtor prays this honorable court impose sanctions appropriate to remedy the damage caused by the willful violation of 11 U.S.C. § 362.

/s/ *Christopher J. Gamm*
Christopher J. Gamm
GAMM LEGAL SERVICES, LLC
11550 West Dodge Road
Omaha, Nebraska 68154
Telephone: (402) 512-4266
Facsimile: (402) 507-4472
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | BK NO. 24-80810 |
| JAMIE LYNNE MCCREA, ) | |
| ) | |
| ) | Chapter 13 |
| DEBTOR. ) | |

### NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013, You are notified as follows:

1. Christopher J. Gamm, attorney for the above captioned debtor, has filed a Motion for Sanctions.

2. The last day to file a resistance to the Motion is August 1, 2025. The resistance must be served upon the Court and on Debtor's counsel.

3. If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting relief sought without further notice or hearing.

*/s/ Christopher J. Gamm*
Christopher J. Gamm
GAMM LEGAL SERVICES, LLC
11550 West Dodge Road
Omaha, NE 68154
(402) 512-4266 – telephone

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2025 a true and correct copy of the Motion For Sanctions and Notice, was electronically filed with the Clerk of the Court, utilizing the CM/ECF system, which sent notice to Erin McCartney, the Chapter 13 Trustee, and Jerry Jensen, the US Trustee; and that same was mailed by First-Class U.S. mail, postage prepaid, to APG Financial / Makosian Taylosville and the Debtor at their address of record.

APG Financial/Makosian Taylosville
Attn: Bankruptcy
4238 S. Redwood Rd
Salt Lake City UT 84123-2220

APG Financial Inc.
Nicholas Markosian – President
4093 S. Redwood Road
Salt Lake City, UT 84123-1131

Chad Pehrson
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

Jamie McCrea
4519 Izard St. Apt. 3
Omaha, NE 68132

*/s/ Christopher J. Gamm*
Christopher J. Gamm