IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

```
IN RE:                          )
JAMIE LYNNE MCCREA,             )
    Debtor.                     )    Case No. 24-80810
                                )          Chapter 13
                                )
JAMIE LYNNE MCCEA,              )
    Plaintiff,                  )    Adversary No.
                                )
    v.                          )
                                )    RECOVERY OF PROPERTY
APG FINANCIAL / MAKOSIAN        )    OF BANKRUPTCY ESTATE
TAYLOSVILLE,                    )    PER § 542 -TURNOVER OF
                                )    PROPERTY
                                )
    Defendant.                  )
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW the Plaintiff, Jamie Lynne McCrea, by and through her undersigned attorneys of record in the underlying chapter 13 bankruptcy proceeding and requests that the Court grant the turnover of property the bankruptcy estate to the possession of the debtor. In support of this action plaintiff states and alleges the following:

### I.    JURISDICTION AND PARTIES

1) The Debtor filed this case under Chapter 13 of the Bankruptcy Code on September 13, 2024.  This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. Secs. 157(a) and (b) and 1334(b).  This matter is a core proceeding pursuant to 28 U.S.C. Sec. 157. The Debtor seeks turnover of property of the estate under 11 U.S.C. Sec. 542(a)and Fed.R.Bankr. P. 7001(11) and 7001 (2).

2) The plaintiff is, and at all times material hereto was, a citizen and resident of the State of Nebraska. Plaintiff is also the Debtor in the above captioned bankruptcy case.

3) The Defendant, APG Financial / Makosian Taylosville, is a Creditor in the above captioned bankruptcy proceeding that

has an interest in the debtor's personal property (2020 Dodge Journey).

## II.  CAUSE OF ACTION

4) Plaintiff entered into a lease agreement with Creditor, on or about March 9 2024.

5) On or about September 20, 2024, the Plaintiff filed her Chapter 13 Plan, the plan listed the APG Financial and provided for lease payments / adequate protection payments for the property.

6) Despite numerous requests no proof of claim was filed by creditor APG and Attorney Chris Gamm filed a claim on behalf of creditor APG claim Number. 7.

7) On December 23, 2024, the Plaintiff's attorney filed a Motion to Allow the late claim of said creditor, Doc 23. An Order Allowing the claim of the defendant was filed on January 30, 2025, Doc 32.

8) On or about July 10, 2025, Defendant took possession of the vehicle.

9) The plaintiff has requested the return of the vehicle, and has notified the defendant that they repossessed the vehicle without authorization from the Bankruptcy Court. The Chapter 13 Trustee is paying this creditor, based off the proof of claim.

10) Plaintiff's attorney advised Defendant's attorney of the Debtor's bankruptcy proceeding and advised not to take any action to retrieve the vehicle without Court permission.

11) Defendant has refused plaintiff's attorney suggestion and requested and ordered the repossession of the vehicle.

## III PRAYER

WHEREFORE, the Plaintiff prays for the following relief to be granted:

2

A. The return of the vehicle to the plaintiff's possession. Compel the Defendant to abide by the terms of the plaintiff's confirmed chapter 13 plan. Pay for the plaintiff's transportation costs and other relief that the Court finds just and equitable.

>Respectfully submitted,
>
>Jamie Lynne McCrea,
>Plaintiff & Debtor.
>
>By: */s/ Christopher J. Gamm*
>Christopher J. Gamm #24889
>Gamm Legal Services, LLC
>11550 West Dodge Road
>Omaha, NE  68154
>402.512.4266 – telephone
>402.507.4472 – facsimile
>chris@gammlaw.us
>Attorneys for Debtor/Plaintiff

## Certificate of Service

The undersigned hereby certifies that the foregoing Complaint was served upon parties in interest by electronically filing July 11, 2025 with the Clerk of the U.S. Bankruptcy Court for the District of Nebraska, utilizing the CM/ECF system, and also by mailing copies to Plaintiff by regular, first-class United States mail, postage prepaid, to their respective addresses of record herein, on the same date, and the Defendants will be served by summons in accordance with the federal rules.

Jaime Lynne McCrea
4519 Izard St. Apt. 3
Omaha, NE 68132

APG Financial Inc.
Nicholas Markosian – President
4093 S. Redwood Road.
Salt Lake City, UT 84123-1131

APG Financial / Makosian Taylosville
4238 S. Redwood Rd
Salt Lake City, UT 84123

Chad Pehrson
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

3

/s/ Christopher J. Gamm
Christopher J. Gamm

4