```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEBRASKA
```

In the Matter of:                                Case No. 24-80810

JAMIE LYNNE MCCREA,                              Chapter 13
            Debtor.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2025 notice of the Hearing for Motion for Sanctions was mailed to the following recipients:

APG Financial/Makosian Taylosville
Attn: Bankruptcy
4238 S. Redwood Rd
Salt Lake City UT 84123-2220

APG Financial Inc.
Nicholas Markosian – President
4093 S. Redwood Road
Salt Lake City, UT 84123-1131

Chad Pehrson
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

Jamie McCrea
4519 Izard St. Apt. 3
Omaha, NE 68132

/s/ Christopher J. Gamm
Christopher J. Gamm
GAMM LEGAL SERVICES, LLC
11550 West Dodge Road
Omaha, NE  68154
402.512.4266
Attorneys for Debtor

PROOF OF SERVICE

I hereby certify that the foregoing CERTIFICATE OF SERVICE was electronically filed on August 4, 2025 with the Clerk of the Court, utilizing the CM/ECF system, which sent notice to Erin McCartney, the Chapter 13 Trustee, and Jerry Jensen, the US Trustee.

/s/ Christopher J. Gamm
Christopher J. Gamm