United States Bankruptcy Court
District of Nebraska

In re:                                                                                            Case No. 24-80810-BSK
Jamie Lynne McCrea                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0867-8            User: autodocke            Page 1 of 2
Date Rcvd: Aug 04, 2025       Form ID: pdfParty           Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jamie Lynne McCrea, 4519 Izard Street Apt 3, Omaha, NE 68132-2337 |
| | + | Chad Pehrson, 50 W Broadway, Ste. 1000, Salt Lake City, UT 84101-2005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5403840 | ^ MEBN | | |
| | | Aug 04 2025 20:33:29 | APG Financial/Makosian Taylosville, Attn: Bankruptcy, 4238 S. Redwood Rd, Salt Lake City, UT 84123-2220 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| | ## | APG Financial Inc., Nicholas Markosian - President, 4093 S Redwood Road, Salt Lake City, UT 84123-1131 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0867-8 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Aug 04, 2025 | Form ID: pdfParty | Total Noticed: 3 |

| Name | Email Address |
|---|---|
| Christopher J. Gamm | on behalf of Plaintiff Jamie Lynne McCrea chris@gammlaw.us chrisgammlaw@gmail.com;gammcr77836@notify.bestcase.com;kate@gammlaw.us;dcarpenter@gammlaw.us;gamm.christopherb125772@notify.bestcase.com |
| Christopher J. Gamm | on behalf of Debtor Jamie Lynne McCrea chris@gammlaw.us chrisgammlaw@gmail.com;gammcr77836@notify.bestcase.com;kate@gammlaw.us;dcarpenter@gammlaw.us;gamm.christopherb125772@notify.bestcase.com |
| Erin McCartney | ecfclerk@ne13trustee.com trusteeNEB1L@ecf.epiqsystems.com |
| Jerry L. Jensen | ustpregion13.om.ecf@usdoj.gov |

TOTAL: 4

```
MIME-Version:1.0
From:neb_bkecf@neb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: chris@gammlaw.us, chrisgammlaw@gmail.com, gammcr77836@notify.bestcase.com, kate@gammlaw.us, dcar
Do not notice for BK case:

Message-Id:<12074710@neb.uscourts.gov>
Subject:Ch-13 24-80810-BSK Jamie Lynne McCrea Administrative Order Text Only
```

Content-Type: text/html

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### District of Nebraska

Notice of Electronic Filing

The following transaction was received from dkk entered on 8/4/2025 at 3:37 PM CDT and filed on 8/4/2025
**Case Name:**     Jamie Lynne McCrea
**Case Number:**   24-80810-BSK
**Document Number:** 44

**Docket Text:**
Order to Show Cause (RE: related document(s)[42] Motion for Sanctions filed by Debtor Jamie Lynne McCrea). APG Financial, Inc. and Makosian Taylosville must appear and show cause as to why sanctions should not be awarded to the debtor for violation of the automatic stay of 11 U.S.C. 362 for their repossession, without leave of this court, of the 2020 Dodge Journey leased by the debtor. Sanctions may include a judgment of attorneys fees and damages, evidence of which the debtor should file with the court and serve upon APG Financial, Inc. and Makosian Taylosville. All parties may appear at the hearing telephonically. The clerk is directed to set the matter for telephonic hearing and to serve the individuals listed on the certificate of service at Doc. #42. ORDERED by Judge Brian S. Kruse. (Text Only Order) (dkk)

The following document(s) are associated with this transaction:

**24-80810-BSK Notice will be electronically mailed to:**

Christopher J. Gamm on behalf of Debtor Jamie Lynne McCrea
chris@gammlaw.us,
chrisgammlaw@gmail.com;gammcr77836@notify.bestcase.com;kate@gammlaw.us;dcarpenter@gammlaw.us;g

Christopher J. Gamm on behalf of Plaintiff Jamie Lynne McCrea
chris@gammlaw.us,
chrisgammlaw@gmail.com;gammcr77836@notify.bestcase.com;kate@gammlaw.us;dcarpenter@gammlaw.us;g

Jerry L. Jensen
ustpregion13.om.ecf@usdoj.gov

Erin McCartney
ecfclerk@ne13trustee.com, trusteeNEB1L@ecf.epiqsystems.com

**24-80810-BSK Notice will not be electronically mailed to:**

US Department of Education
P O Box 16448
Saint Paul, MN 55116-0448

hrgafdt (03/22)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

    Jamie Lynne McCrea

    Debtor(s)

Bankruptcy Proceeding No. 24-80810-BSK
Chapter 13

Judge: Brian S. Kruse

### Notice Setting Hearing with Affidavit Evidence

A hearing will be held on the **Motion for Sanctions filed by Debtor on August 25, 2025 at 11:00 A.M. CENTRAL TIME in the Roman L Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, Nebraska.** The hearing will be conducted on affidavit evidence, which must be submitted to the court and opposing parties by **August 20, 2025.**

Parties may appear by telephone. You must call the Cisco Webex TeleConference Center at least 5 minutes before the hearing is scheduled to begin. Telephone hearing instructions and protocol are attached. The toll-free call-in number and access number may not be the same for every hearing. The required call-in information is:

    TOLL FREE CALL IN NUMBER 1-855-244-8681
    ACCESS CODE 230 841 91961
    ATTENDEE ID NUMBER: N/A, INSTEAD PRESS # TO BYPASS

If you plan to appear in the courtroom for the hearing and require equipment for the hearing impaired, please notify the courtroom department at least twenty-four hours before the hearing is scheduled to begin.

**Attention Movant: You must** immediately serve notice of the motion and this notice on all parties in interest affected by the motion or order who did not receive notice via the CM/ECF system, and if any parties were served, the movant must file a certificate of service.

Dated: 8/4/25

                                          Eva Roeber
                                          Clerk, U.S. Bankruptcy Court

Copies served by the court on the movant.
Christopher Gamm
APG Financial/Makosian Taylosville, Attn: Bankruptcy, 4238 S. Redwood Rd
Salt Lake City UT 84123-2220
APG Financial Inc., Nicholas Markosian President, 4093 S. Redwood Road
Salt Lake City, UT 84123-1131
Chad Pehrson, 50 W. Broadway, Suite 1000, Salt Lake City, UT 84101
Jamie McCrea, 4519 Izard St. Apt. 3, Omaha, NE 68132

(02/22)

### Instructions to Enter Telephone Conference

1. Dial the TOLL-FREE CALL-IN NUMBER from the hearing notice.
2. Enter the ACCESS CODE from the hearing notice. You will be placed on hold until the call is activated.
3. When prompted for the ATTENDEE ID NUMBER, press the # key to bypass. Wait for the call to begin.
4. Do not state your name or speak unless prompted by the court.

### Telephone Hearing Protocol

- If you do not call in, the hearing will proceed as scheduled.
- Conference calls will be heard throughout the courtroom.
- Do not make noise.
- Do not put your phone on hold.
- Do not use a speakerphone.
- Mute your telephone when appropriate. Press *6 to mute your line. Press *6 again to un-mute your line.
- Call from a land line to avoid dropped cellular calls and static.
- Observe proper telephone etiquette.

Thank you for your cooperation. It will expedite the hearing.