IN THE UNITED STATES BANKRTUPCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 24-80810 |
| JAMIE LYNNE MCCREA, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT IN SUPPORT OF DEBTOR'S MOTION FOR SANCTIONS

STATE OF NEBRASKA  )
                   )SS.
COUNTY OF DOUGLAS )

COMES NOW Jamie Lynne McCrea, the Debtor herein, and being of lawful age and first duly sworn upon oath, deposes and states as follows:

1) I am an adult citizen of the State of Nebraska and am the Debtor in the above captioned Chapter 13 proceeding. The statements are based on my own personal knowledge and are consistent with live testimony I would give in Court if called upon to do so. It is also offered in support of our Motion for Sanction to be imposed on APG Financial / Makosian Talosville.

2) I am leasing a 2020 Dodge Journey vehicle, VIN # 3C4PDCGB1LT212988, on which APG Financial / Makosian Talosville has a security interest in. The lease was entered on or about March 9, 2024.

3) On or about September 13, 2024 I filed for Bankruptcy Relief. I listed APG as a creditor in my bankruptcy proceeding. The Bankruptcy Court sent notices to my creditors on or about September 18, 2024. I filed my Chapter 13 Plan on September 20, 2024 and provided for payment for this creditor under my plan.

4) On or about July 10, 2025, APG Financial repossessed our vehicle, allegedly for non-payment.

5) Through my attorney and myself I notified the APG Financial of the bankruptcy filing and my intentions with the vehicle.

6) Even after the APG Financial was notified they refused to return the vehicle.

7) APG Financial's action and omission have directly and proximately caused me to suffer hardships and costs including but not limited to the loss of a car valued at

$14,241 and daily transportation which has interrupted with my efforts to successfully reorganize.

8) I have been reprimanded by my employer for work quality due to the stress this situation has put on me. I have also had to stay later at work due to a ride not being available.

9) This is also affecting my family life. I generally watch my grandson several days a week and have been unable to help my daughter with care because I do not have a car.

10)   Further your affiant sayeth not.

_Jamie Jynne McCrea_
Jamie Lynne McCrea
Debtor.

SUBSCRIBED AND SWORN TO before me this 13th day of August, 2025.



_Saumil J Patel_
Notary Public

### Certificate of Service

I certify that on August 15, 2025, I electronically filed the foregoing Affidavit with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Erin M. McCartney, Chapter 13 Trustee and Jerry Jensen, the U.S. Trustee. I also hereby certify that I have mailed the document by regular first-class United States mail, postage prepaid, on the 15 day of August 2025, to the following:

APG Financial/Makosian Taylosville
Attn: Bankruptcy
4238 S. Redwood Rd
Salt Lake City UT 84123-2220

APG Financial Inc.
Nicholas Markosian – President
4093 S. Redwood Road
Salt Lake City, UT 84123-1131

Chad Pehrson
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

Jamie McCrea
4519 Izard St. Apt. 3
Omaha, NE 68132

_____
Christopher J. Gamm